# UNITED STATES DISTRICT COURT
для the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Jonathan Peter Miller<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:22-MJ-141<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 22, 2022__ in the city/county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) & (b)(1) | Receipt of material involving the sexual exploitation of minors. |

This criminal complaint is based on these facts:

SEE AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

AUSA Withers and SAUSA Rothberg
*Printed name and title*

*Complainant's signature*

Kathleen Callaway, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone _____ *(specify reliable electronic means)*.

Date: 06/16/2022

City and state: Alexandria, VA

Theresa C. Buchanan
Digitally signed by Theresa C. Buchanan
Date: 2022.06.16 14:05:33 -04'00'
*Judge's signature*

Hon. Theresa C. Buchanan, U.S. Magistrate Judge
*Printed name and title*