| Criminal Case Cover Sheet | | | | | U.S. District Court |
|---|---|---|---|---|---|
| | | **FILED:** | REDACTED | | |
| **Place of Offense:** | | ☐ Under Seal | | **Judge Assigned:** | |
| City: | | Superseding Indictment: | | **Criminal No.** | |
| County: | Fairfax | Same Defendant: | | New Defendant: | X |
| | | Magistrate Judge Case No. | 1:22-MJ-141 | **Arraignment Date:** | |
| | | Search Warrant Case No. | | R. 20/R. 40 From: | |

**Defendant Information:**

| **Defendant Name:** | Jonathan Peter Miller | Alias(es): | | ☐ Juvenile | FBI No. | |
|---|---|---|---|---|---|---|
| **Address:** | Alexandria, VA 22303 | | | | | |
| Employment: | | | | | | |
| **Birth Date:** | XX/XX/1979 | **SSN:** XXX-XX-9630 | **Sex:** Male | Race: White | Nationality: | US Citizen |
| **Place of Birth:** | | Height: 5'3" | Weight: 150 lbs | Hair: | Eyes: | Scars/Tattoos: |
| ☐ Interpreter | **Language/Dialect:** | | Auto Description: | | | |

**Location/Status:**

| **Arrest Date:** | | ☐ Already in Federal Custody as of: | | in: | |
|---|---|---|---|---|---|
| ☐ Already in State Custody | | ☐ On Pretrial Release | | ☐ Not in Custody | |
| ☒ Arrest Warrant Requested | | ☐ Fugitive | | ☐ Summons Requested | |
| ☐ Arrest Warrant Pending | | ☐ Detention Sought | | ☐ Bond | |

**Defense Counsel Information:**

| Name: | | ☐ Court Appointed | Counsel Conflicts: | |
|---|---|---|---|---|
| Address: | | ☐ Retained | | |
| Phone: | | ☐ Public Defender | ☐ Federal Public Conflicted Out | |

**U.S. Attorney Information:**

| **AUSA(s):** | Laura Withers, Rachel Rothberg | **Phone:** | (703) 299-3737 | Bar No. | |
|---|---|---|---|---|---|

**Complainant Agency - Address & Phone No. or Person & Title:**

Kathleen Callaway, FBI Special Agent

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 2252(a)(2) | Receipt of child pornography. | 1 | Felony |
| Set 2: | | | | |
| **Date:** 06/15/2022 | AUSA Signature: | *Rachel L. Rothberg* | | *may be continued on reverse* |