IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:22-MJ-141 |
| v. | The Hon. Theresa C. Buchanan |
| JONATHAN PETER MILLER | |
| *Defendant*. | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  Fairfax Adult Detention Facility
     Address:  10520 Judicial Dr, Fairfax, VA 22030
     Telephone No: (703) 246-2100

YOU ARE HEREBY COMMANDED to surrender the body of: Jonathan Peter Miller, a sentenced prisoner, Prisoner No. 1206408, SSN: XXXX9630, DOB: XXXX1979, Race: caucasian, Sex: M, Weight: ~150lbs, under your custody, to the United States Marshal for the Eastern District of Virginia or his Deputy or Deputies, so that his body will be before the Honorable Theresa C. Buchanan, Magistrate Judge of the United States District Court for the Eastern District of Virginia, at the Courtroom of said Court, in the City of Alexandria at 2:00pm on the 15th day of July, 2022 or at such other time as the Court may direct.  This inmate will be retained until the pending criminal case against him is resolved.

                                                     The Honorable Theresa C. Buchanan
                                                     United States Magistrate Judge
                                                     at Alexandria, Virginia
                                                     This _____ day of July, 2022

                                                   FERNANDO GALINDO
                                                   CLERK OF COURT

By: _____
                Deputy Clerk

Approved by: /s/ *Laura D. Withers*
               Laura D. Withers
               Assistant United States Attorney

Copies:

    1 redacted for Clerk of Court
    4 unredacted for USM (gets the raised seal from the Clerk)
    1 unredacted for Writ Clerk
    1 unredacted for File