UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: **THERESA CARROLL BUCHANAN**
DEPUTY CLERK: **TINA FITZGERALD**

UNITED STATES OF AMERICA

HEARING: R5    CASE #: 1:22mJ141

-VS-

DATE: 7/15/22    TIME: 1:00 p.m.

Jonathan Miller

RECORDER: FTR SYSTEM    REMOTE HEARING ( )

COUNSEL FOR THE UNITED STATES: Rachel Rothberg

COUNSEL FOR THE DEFENDANT: w/o

INTERPRETER: _____ LANGUAGE: _____

(X) DEFT APPEARED:  ( ) W/ COUNSEL    ( ) W/O COUNSEL  (X) DUTY FPD PRESENT V. Roberts

(X) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

( ) DUE PROCESS ACT    ( ) DEFT INFORMED    ( ) ORDER SIGNED BY JUDGE

( ) COURT TO APPOINT COUNSEL ( ) FPD    ( ) CJA    ( ) DEFT TO RETAIN COUNSEL

( ) GVT. CALL WITNESS & ADDUCES EVIDENCE    ( ) AFFIDAVIT

( ) EXHIBIT # _____ ADMITTED

( ) PROBABLE CAUSE: FOUND ( )    NOT FOUND ( )

( ) PRELIMINARY HEARING WAIVED    ( ) FILED    ( ) ORALLY

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) DEFT. ADMITS VIOLATION ( )    )DFT. DENIES VIOLATION    ( ) COURT FINDS DFT. IN VIOLATION

MINUTES: Deft on a Writ from State Court. (In custody)

ADDED CONDITIONS OF RELEASE:
($ ) UNSECURED ($ ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING ( ) MENTAL HEALTH
TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT ( ) AVOID CONTACT
( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

(X) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
( ) DEFENDANT CONTINUED ON CONDITIONS OF SUPERVISED ( )PROBATION ( ) RELEASE ( )BOND

NEXT COURT APPEARANCE: 7/19/22 at 2:00 p.m. Before Fitzpatrick
(X) DH (X) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) R40 ( )ARR