AO 470 (8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA



FILED
JUL 15 2022
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

VS.

Jonathan Miller

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

CASE NO. 1:22mJ141

Upon motion of the United States Government, it is hereby ORDERED that a detention hearing is hereby set for  7/19/22  at  2:00 p.m.  before the Honorable **William E. Fitzpatrick** at 401 Courthouse Square, Alexandria Virginia. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Date: 7/15/22

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
Theresa Carroll Buchanan
United States Magistrate Judge

*If not held immediately upon defendant's first appearance, the hearing maybe continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2). A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.