AO 442 (Rev. 11/11) Arrest Warrant

11437604

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
2022 JUL 15 P 12:10

United States of America
v.
Jonathan Peter Miller

Case No. 1:22-MJ-141

Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Jonathan Peter Miller,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Receipt of material involving the sexual exploitation of minors, in violation of 18 U.S.C. § 2252(a)(2) & (b)(1).

Date: 06/16/2022

Theresa C. Buchanan
Digitally signed by Theresa C. Buchanan
Date: 2022.06.16 14:05:16 -04'00'

*Issuing officer's signature*

City and state:   Alexandria, Virginia

The Hon. Theresa C. Buchanan, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 6/17/2022, and the person was arrested on (date) 7/15/2022
at (city and state) Alexandria, VA.

Date: 7/15/2022

*Arresting officer's signature*

SA Kathleen Callaway
*Printed name and title*