UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: <u>WILLIAM E. FITZPATRICK</u>

UNITED STATES OF AMERICA

HEARING: <u>PH/DH</u>   CASE #: <u>22mJ 141</u>

-VS-

DATE: <u>7/19/22</u>   TIME: <u>2:00 p.m.</u>

<u>Jonathan Miller</u>

TYPE: <u>FTR RECORDER</u>   DEPUTY CLERK: <u>TINA FITZGERALD</u>

COUNSEL FOR THE UNITED STATES: <u>Rachel Rothberg</u>
COUNSEL FOR THE DEFENDANT: <u>Lauren Rosen</u>
INTERPRETER: _____ LANGUAGE: _____

( X ) DEFT APPEARED : ( X ) W/ COUNSEL (   ) W/O COUNSEL (   ) DUTY FPD PRESENT

(   ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

(   ) COURT TO APPOINT COUNSEL_____    (   ) DFT. TO RETAIN COUNSEL

( X ) GVT. CALL WITNESS & ADDUCES EVIDENCE

( X ) EXHBIT #____1____ ADMITTED

( X ) PROBABLE CAUSE: FOUND ( X )   NOT FOUND

(   ) PRELIMINARY HEARING WAIVED

( X ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

(   ) DEFT. ADMITS VIOLATION (   ) DFT. DENIES VIOLATION (   ) COURT FINDS DFT. IN VIOLATION

MINUTES: Agent adopts the Affidavit as part of her testimony; Cross examination of witness; Redirect; Gov't rests! No arg. as to PC. Deft does not contest detention at this time. Due Process Order Signed in open court.

CONDITIONS OF RELEASE:
($   ) UNSECURED ($   ) SECURED (   ) PTS (   ) 3RD PARTY (   ) TRAVEL RESTRICTED
(   ) APPROVED RESIDENCE (   ) SATT (   ) PAY COSTS (   ) ELECTRONIC MONITORING (   ) MENTAL HEALTH TEST/TREAT (   ) ROL (   ) NOT DRIVE (   ) FIREARM (   ) PASSPORT (   ) AVOID CONTACT
(   ) ALCOHOL & DRUG USE (   ) EMPLOYMENT

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS w/o Bond pending trial.
(   ) DEFENDANT CONTINUED ON CONDITIONS OF SUPERVISED (   ) PROBATION (   ) RELEASE (   ) BOND

NEXT COURT APPEARANCE: _____ at _____ Before _____
(   ) DH (   ) PH (   ) STATUS (   ) TRIAL (   ) JURY (   ) PLEA (   ) SENT (   ) PBV (   ) SRV (   ) R40 (   ) ARR