IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:22-MJ-141 |
| ) | |
| JONATHAN PETER MILLER, ) | |
| ) | |
| *Defendant.* ) | |

## **ORDER**

Upon the motion of the United States, by and through its attorneys, and with the express consent of the defendant and defendant's counsel, and finding in accordance with 18 U.S.C. § 3161, for the reasons stated in the Consent Motion to Extend Time for Indictment, that the ends of justice served by granting the extension outweigh the best interests of the public and the defendant in a speedy trial, it is hereby,

ORDERED that the time period for indicting the defendant, JONATHAN PETER MILLER, be and is hereby extended up to and including September 13, 2022. Accordingly, the delay resulting from the pending motion for extension shall be excluded in computing the time within which an indictment must be filed.

Date: _____
       Alexandria, Virginia