IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 1:22-MJ-141 |
| | ) |
| JONATHAN PETER MILLER, | ) |
| | ) |
| *Defendant*. | ) |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

The United States of America, by and through its undersigned counsel, and the defendant, by and through his counsel, respectfully request that the Court enter the proposed protective order concerning child victim and witness privacy accompanying this motion.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____/s/_____
Rachel L. Rothberg
Special Assistant United States Attorney (LT)
Laura D. Withers
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
Rachel.Rothberg2@usdoj.gov

Seen & Agreed:

_____
Lauren E.S. Rosen, Esq.
Counsel for the Defendant