AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-CR-00151 |
| Jonathan Peter Miller ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                              .

Date:   08/24/2022

*[signature: Laura Withers]*

Laura D. Withers, DC Bar #1035332
*Printed name and bar number*

United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

laura.withers@usdoj.gov
*E-mail address*

(703) 299-3700
*Telephone number*

(703) 299-3980
*FAX number*