# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☐ Under Seal

**Judge Assigned:** Hon. T.S. Ellis, III

**City:**   **Superseding Indictment:**   **Criminal No.:** 1:22-CR-151

**County:** Fairfax   **Same Defendant:** X   **New Defendant:**

**Magistrate Judge Case No.:** 1:22-MJ-141   **Arraignment Date:**

**Search Warrant Case No.:**   **R. 20/R. 40 From:**

## Defendant Information:

**Defendant Name:** Jonathan Peter Miller   **Alias(es):**   ☐ Juvenile   **FBI No.:**

**Address:** Alexandria, VA 22303

**Employment:**

**Birth Date:** XX/XX/1979   **SSN:** XXX-XX-9630   **Sex:** Male   **Race:** White   **Nationality:** US Citizen

**Place of Birth:**   **Height:** 5'3"   **Weight:** 150 lbs   **Hair:**   **Eyes:**   **Scars/Tattoos:**

☐ **Interpreter**   **Language/Dialect:**   **Auto Description:**

## Location/Status:

**Arrest Date:** Jul 15, 2022   ☒ Already in Federal Custody as of: Jul 15, 2022   in: ADC

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:** Lauren Rosen   ☐ Court Appointed   **Counsel Conflicts:**

**Address:** 1650 King Street, Suite 500, Alexandria, VA 22314   ☐ Retained

**Phone:** (703) 600-0800   ☒ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Laura Withers, Rachel Rothberg   **Phone:** (703) 299-3737   **Bar No.:**

## Complainant Agency - Address & Phone No. or Person & Title:

Kathleen Callaway, FBI Special Agent

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 2252(a)(2) & (b)(1) | Receipt of child pornography. | 1 | Felony |
| Set 2: | 18 U.S.C. § 2252(a)(4)(B) & (b)(2) | Access with intent to view child pornography | 1 | Felony |

**Date:** 08/22/2022   **AUSA Signature:** *Rachel L. Rothberg*   *may be continued on reverse*