# UNITED STATES DISTRICT COURT
## * Arraignment *

Date: 09/08/2022  Case No.: 1:22-cr-00151-PTG-1
Court Time:  09:04 a.m. – 09:06 a.m. (00:02)

---

### UNITED STATES OF AMERICA v. JONATHAN PETER MILLER
PRESENT:  Honorable **PATRICIA TOLLIVER GILES**, U. S. District Judge

| | |
|---|---|
| COURTROOM DEPUTY: | Tanya Randall |
| COURTROOM REPORTER: | Tonia Harris |
| ASST. U.S. ATTORNEY: | Lauren Rosen |
| COUNSEL FOR DEFT: | Rachel Rothberg, Laura Withers |

**PROCEEDINGS:**

[ X ] Defendant is arraigned and specifically advised of rights.

[ X ] Defendant waives reading of indictment – WFA

[ X ] Defendant pled NG and demanded trial by jury

[  ] Indictment/Information read

[  ] Defendant waived Speedy Trial and Court finds Speedy Trial to be waived - - Waiver of Speedy Trial entered in open Court.

- CASE CONTINUED TO **TUESDAY, NOVEMBER 1, 2022 @ 10:00 A.M.** for **JURY TRIAL**
- Parties will have 20 days (September 28, 2022) to file motions.

[ X ] Discovery Order entered in open court
[  ] Protective Order entered in open court

- Change of Plea scheduled for _____

**Defendant**   [ X ] Remanded   [  ] Continued on Bond   [  ] Released on _____ Bond –
see Order Setting Conditions of Release