IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:22-CR-151 (PTG) |
| ) | |
| JONATHAN PETER MILLER ) | |
| ) | |

## PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia in United States District Court at 10:00 o'clock a.m., on the 1st day of November 2022, then and there to testify on behalf of the United States:

10 sets (20 blanks)

This 28th day of September 2022.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: /s/ Rachel L. Rothberg
Rachel L. Rothberg
Special Assistant United States Attorney (LT)

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case          ISSUED by J. Black

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JONATHAN PETER MILLER | ) | Case No. 1:22-CR-151 (PTG) |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: Hon. Patricia Tolliver Giles, 8th Floor |
|---|---|---|
| | | Date and Time: 11/01/2022 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:


(SEAL)

Date:   09/28/2022

                                        *CLERK OF COURT*

                                        _____
                                        *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   The United States of America                                , who requests this subpoena, are:

Rachel L. Rothberg
Special Assistant United States Attorney (LT)
U.S. Attorney's Office for the Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3700

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  1:22-CR-151 (PTG)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____  on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: