# UNITED STATES DISTRICT COURT
## ** Plea Minutes **

Date: **10/26/2022**  Case #: **1:22cr151**
Time: 10:00 a.m. – 10:38 a.m.  Interpreter/Lang: None/N/A
(00:38)

Honorable **PATRICIA TOLLIVER GILES**, United States District Judge, Presiding

| Paulina Miller | S. Wallace |
|---|---|
| Courtroom Deputy | Court Reporter |

**UNITED STATES OF AMERICA**
         v.               Deft appeared: [ **X** ] in person          [   ] failed to appear
                                         [ **X** ] with Counsel       [   ] without Counsel
**JONATHAN PETER MILLER**                [   ] through Counsel


Lauren Rosen                                      Rachel Rothberg, Laura Withers

**Counsel for Defendant**                         **Counsel for Government**

**Matter called for:**
[   ] Pre-Indictment Plea        [ **X** ] Change of Plea        [   ] Plea Agreement

**Filed in open court:**
[   ] Information    [ **X** ] Plea Agreement  [ **X** ] Statement of Facts    [   ] Waiver of Indictment

- Consent Order of Forfeiture filed in open Court.

**Plea:**
[ **X** ] Deft entered a Plea of Guilty as to Count 1 of the   [ **X** ] Indictment    [   ] Information

[ **X** ]  Plea accepted by the Court.

[   ] Deft waived right to PSI and consent to proceed with sentencing.

[   ] Motion for Dismissing Count(s) _____ by [   ] US or [   ] Deft

[   ] Order entered in open court        [   ] Order to follow

[ **X** ] Deft directed to USPO for PSI    [ **X** ] Yes      [   ] No

[ **X** ] Case continued to: **THURSDAY, FEBRUARY 23, 2023** at **9:00 A.M.** for:

   [   ] Jury Trial     [   ] Bench Trial     [   ] Pre-Guidelines Sentencing    [ **X** ] Guidelines Sentencing

[ **X** ]  Deft remanded   [   ] Deft Released on Bond   [   ] Deft Continued on same bond conditions

**#**    Cancel previously scheduled Jury Trial set for: **November 1, 2022 at 10:00 a.m.**