1/4/2023

Dear Judge Giles,

I am Jacob Miller, Jonathan Miller's oldest brother. I have been an educator for Fairfax County Public Schools for the last 25 years. I have known Jonny for his whole life. Jonny is my brother and friend. Our relationship has ebbed and flowed due to circumstances, but we have always been able to pick up right where we started any time we talk or are together.

Jonny was born hearing impaired and very small. He was later able to get his hearing, but never grew like my other brother and I did. We are both 5'10" and fit physically fit. Jonny seemed to be born at a disadvantage physically and mentally. Learning was very hard for him, and he was never able to gain self confidence in part due to his small stature. Jonny starting drinking and using drugs at a very young age. It started to become regular starting at around 11-12 years old. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Jonny has always struggled mentally as well. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Our parents' divorce when I was 10 and he was 5 was devastating. It was very nasty, and we were all in middle of it. We were in counseling over the affair, and it affected us all in big ways.

Jonathan has always been and is still very empathic person. When my best friend and family friend lost his father some 17 years ago Jonny immediately got to writing a poem. He has always expressed himself best through poetry and that time was no different. He was deeply moved by the loss and wanted to write a poem that would encompass the feelings of grief and love felt for our friend's father. His poem was framed the day of the memorial service and displayed by the family for all to experience.

My feelings of love for my brother have not changed due to the offense. He is my brother and my friend. He has expressed sorrow and remorse for actions. We still are in communication, and I will continue to support my brother emotionally while he is in prison.

I am now a parent of two daughters and looking back the relationship I have with Jonny I now realize that it has always had more of a paternal dynamic than as sibling. I have always felt the need to look out for him and help him because he always seemed to be lacking the things needed to be successful and safe.

Sincerely,

Jacob Miller (Jonathan Miller's brother)

The Honorable Patricia T. Giles
United States District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

10 January 2023

Dear Judge Giles,

My name is Erin Keating and I am Jonathan Miller's sister.  We are five years apart in age, I am the oldest sibling with a twin brother named Jacob Miller.  We also have a middle brother, Benjamin Miller.  I'm an executive at Cox Automotive in Atlanta, GA and have been in my professional career for 25 years. I've known Jonny since he was born in 1979.  I am in regular contact with Jonny and serve as his power of attorney for financial and medical matters when necessary.

Our parents both passed away, our father in 2010 and our mother in 2011, so since then I've been the primary resource for Jonny.  We have always been a very close knit family and grew up knowing a lot of the same people given our relative closeness in age. Jonny was always the baby in the family, cute, affable, adventurous, active, and deeply emotional.  As a child he was very small and exhibited real gymnastic talent, always very active and eventually turning that flexibility and balance into a real skill at skateboarding.

He has always been someone connected to words and generally exhibited a desire to be empathetic to others.  In most recent years, he has often expressed his heartfelt concern, empathy, sympathy, and care for others through poetry.  When I was married, he asked if he could write a poem for us to be recited during the vows.  When my father passed away, he wrote a poem for his funeral.  Same with my mother even though he was unable to attend her funeral.  When others in our family have passed away, including those not related to us, Jonny has often expressed his deep sympathy and compassion for the loss and has proceeded to write numerous other poems for people to offer peace and comfort.

Jonny has expressed to me multiple times that he desperately wants help to find peace in his own heart and to be a better person.  He is an avid reader, very interested in biographies, the solar system and has a deep respect for authors like Jim Morrison, Neil DeGrasse Tyson, and Stephen Hawkings.  He also is a big movie buff and studies them, hoping to work in the movie industry somehow when he is free.  He's very interested in how movies can connect with people emotionally and provide avenues for humans to explore themselves and heal.

While he realizes that he can be very anxious and feel overwhelmed easily, he is open to and in fact, deeply desires professional help to sort out his feelings and develop the right coping mechanisms for them.  Despite the crimes he has been accused of, I have never had any fear for my own children, including my 12 year old daughter.  I've never felt uncomfortable or threatened by Jonny.  I believe that he doesn't intend harm and that he is remorseful for any harm he may have caused.  He has expressed time and again that he deeply regrets his actions and that he wants to be better.

Jonny has also expressed that when he is free that he wants to be given a chance to show that he is capable contributing.  He knows that he will need to do the work but is also honest about needing help and has had no problem asking for it.  Given his previous convictions it was very difficult to offer much help when he was previously released.  We had been willing as a family to take him in but his offense

didn't allow for that. I do believe he could survive and thrive if provided that level of support and am willing to assist. I also realize that while that may not be possible, we are willing to help in any other way feasible.

Jonny was a diligent worker at Goodwill and The Thrift Store. I know that he can be counted on to come in on time, work until the task is done, and to do so to earn a living. He always exhibited a desire to earn for himself and to meaningful contribute in his short time out. I truly believe COVID and the lack of resources right when he was released contributed to his set backs. Having spent a majority of his adult life in the criminal system, he really would benefit from simple things such as financial management classes, disability services, and one-on-one therapy.

Jonny is an old soul, someone who has experienced tremendous loss and has not really had an outlet to grieve. He's deeply emotional and I believe this to be a big burden for him to process. He sees the beauty even in sadness and really wants to simply find a soul mate, settle down, and live an obedient life. He's my brother and I love him and support him.

I do appreciate the consideration you would give to providing him with true rehabilitative and restorative services, as well as reduced time in prison. I do believe that with the mindset for seeing him as a future returning citizen rather than a convicted felon, he will be better served by the system and will be proactive in his rehabilitation and return. I know he has a sincere desire to know his nieces and nephews, to be a part of our day to day lives, and to contribute.

Thank you for your time and consideration,

Erin Keating

January 9, 2023

The Honorable Patricia T. Giles
United States District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314

Dear Judge Giles,

My name is Bonnie Hourigan. I am Jonathan Miller's step mother from his father, Jeffrey Miller's third marriage. I met and married his father when Jonathan was seven years old. The parents of Jonathan (Jon has one sister and two brothers) had joint custody of the children, so immediately after the divorce, Jonathan and his siblings spent half their time in our home and half in their mother's - who also remarried a man with two children of his own. But Jonathan's mother moved soon thereafter to McLean and put the children in school there. Jonathan is the youngest child in the family, so his eldest siblings (twins) were just entering adolescence when friendship with peers becomes primary. While the children did not initially want to leave Old Town (where their parents both owned businesses, and where the children had lived and gone to school up to this point in their lives), they eventually established friendships in McLean and so spent much more of their time in McLean. Their mother's house became somewhat of a party house. Their mother spent significant amounts of time with Jonathan's stepfather in New Jersey, where he had newly accepted a job. By the terms of the custody settlement, they could not move the children to New Jersey, so there was significant unsupervised time in McLean.

All of the children were quite angry and despondant over their parents divorce, and frequently used as pawns in their parents' continuing battles. Very sad.

Jonathan's father and I divorced after seven years of marriage, and I did not remain in contact with Jonathan and his siblings. About ten years later, Jonathan's sister contacted me, and I began to see my young adult stepchildren occassionally, although not Jonathan.

When Jonathan was on parole the first time, I asked him to have lunch and we saw one another and talked every once in a while. I tried to share words of advice with him and gave him books that I thought might lead him to a new way of life, new interests.

Jonathan writes poetry that reveals a depth to his character that is not seen in his relationships that are much more superficial.

When Jon went back to prison I spoke with him occasionally, but it was difficult to penetrate his reserve under those circumstances. ~~[redacted]~~ His mother died of cancer in 2011. Jonathan was in prison during all this time.

Jonathan is of very short stature and his intellectual capabilities are somewhat below the norm. He is introverted, and has symptoms of autism.

But he has the capacity to love! I still have cards that he made me when he was seven, eight and nine where he expresses that love in an uninhibited and joyful way; very endearing!

Although he has been somewhat hardened by the difficult and painful circumstances of his life, I believe that Jonathan still maintains that deep capacity for love.

Of course, justice must be a bedrock of society, but tempered by mercy, it achieves its highest form.

Thank you for your consideration of these reflections.

Sincerely,
Boanie Aourigan

P.S. When Jonathan came out on parole most recently, his parents had both died since his incarceration; one parent by his own hand. It must have been extremely disorienting for him to be without those supports, in contending with the challenges ex offenders face in reentering society, and given Jonathan's own limitations described above.

January 28, 2023

The Honorable Patricia T. Giles
United States District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

Dear Judge Giles:

I am writing to you related to my younger brother Jonathan Miller. I am Ben Miller, aged 45 and currently work as the Senior Vice President of Data Science and Analysis for Bonterra. Bonterra is a software provider that supports non-profits. I am a father of three wonderful children, a soccer coach, a volunteer, and a good citizen. I am 2 years older than Jonny, and shared a room with him growing up.

It is with great sorrow in my heart that I write to you today. Sorrow for the victims and their families of the crimes of which Jonny is being accused is where my heart is heaviest. I am also sorry for my brother who needs help, but has been in jail for the better part of his adult life and is not getting the help he desperately needs.

I am proud of Jonny for finding work when he got out of jail last year, despite not having a computer to navigate the current employment landscape. He maintained his job even while homeless. He is a hard worker and does have good intentions.

There is not much for me to say here, besides the fact that I love my brother, will always support him so long as he is putting in the work to be a good and civil citizen. While it is difficult for me to reconcile the things that he is being accused of with the love I have for him. I have to keep these two things juxtaposed in my heart and my mind. I do believe that Jonny has love in his heart and I hope and pray that he can find himself on the pathway to redemption. I will be here on that path to help as best I can. I ask of you Judge Giles to do whatever you can in your power to create the best environment for that pathway of redemption.

Regards,

Ben Miller