Exhibit 2: Placeholder for Sealed Exhibit.