IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:22-CR-151 |
| v. | The Honorable Patricia T. Giles |
| JONATHAN PETER MILLER, | Sentencing: February 23, 2023 |
| *Defendant.* | |

FILED IN OPEN COURT
FEB 2 3 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## MOTION TO DISMISS COUNT TWO

The United States, through its attorneys, Jessica D. Aber, United States Attorney, and Rachel L. Rothberg, Special Assistant United States Attorney, hereby moves this Court to dismiss Count Two of the Indictment in the above-captioned case as to this defendant only pursuant to the Plea Agreement, ECF No. 28, at 6.

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: February 23, 2023

By: /s/ Rachel L. Rothberg
Rachel L. Rothberg
Special Assistant United States Attorney (LT)