IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:22-CR-151 |
| v. | The Honorable Patricia T. Giles |
| JONATHAN PETER MILLER, | Sentencing: February 23, 2023 |
| *Defendant.* | |

### ORDER

Upon Motion of the United States to Dismiss Count Two of the Indictment in the above-captioned case, it is hereby

ORDERED that Count Two of the Indictment in the above-captioned case is dismissed as to this defendant only.

Date: 2/24/23　　　　　　　　　　　　　　　　　/s/
Alexandria, Virginia　　　　　　　　　　Patricia Tolliver Giles
　　　　　　　　　　　　　　　　　　　United States District Judge

2