IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:22CR151 |
| | ) | |
| JOHNATHAN PETER MILLER, | ) | |
| Defendant. | ) | |

<u>PRAECIPE FOR ENTRY OF APPEARANCE</u>

Please enter the appearance of Annie Zanobini, Assistant United States Attorney in the Eastern District of Virginia, as additional counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:    /s/ Annie Zanobini
Annie Zanobini
Assistant United States Attorney
Attorney for the United States of America
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703/299-3700
Fax: 703/299-3982
Email Address: Annie.zanobini2@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 1st day of August 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

                                   /s/ Annie Zanobini
                                  Annie Zanobini
                                  Assistant United States Attorney
                                  Attorney for the United States of America
                                  United States Attorney's Office
                                  Justin W. Williams U.S. Attorney's Building
                                  2100 Jamieson Avenue
                                  Alexandria, Virginia 22314
                                  Phone: 703/299-3700
                                  Fax: 703/299-3982
                                  Email Annie.zanobini2@usdoj.gov